

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-15-00372-CV**

**EX PARTE MILTON LEE GARDNER**

---

**From the 77th District Court**
**Limestone County, Texas**
**Trial Court No. J-291-A-1**

---

# O R D E R

---

Appellant's Motion for Rehearing, filed on November 18, 2016, is denied.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed December 7, 2016

